IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-000031-01-CR-W-HFS |
| TERRY DOUGLAS JACOBS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A competency hearing was conducted on August 13, 2019, and Magistrate Judge John T. Maughmer considered the forensic evaluation prepared by Psychologist, David M. Szyhowski, Psy.D, in a Report and Recommendation dated May 10, 2019. (Doc. 82).

After making an independent review of the record and the applicable law, Judge Maughmer determined that the defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Thus, the defendant is competent to proceed at this time.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 84) are ADOPTED by the undersigned.


    /s/ Howard F. Sachs
HOWARD F. SACHS
United States District Judge

Dated:  September 4, 2019
Kansas City, Missouri